**Marco Antonio CRUZ, Plaintiff—Appellant,**

v.

**John DOE, Medical Director; Nurse Preston; Jim Pendergraph, Sheriff, sued in individual and official capacities, Defendants—Appellees.**

No. 07–7304.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 26, 2008.

Marco Antonio Cruz, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marco Antonio Cruz appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cruz v. Doe*, No. 3:07–cv–327–03–MU, 2007 WL 2344810 (W.D.N.C. Aug. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*